IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 9:17 cR 945 |
|---|---|---|
| v. | ) | **ORDER FOR** |
|  | ) | **BENCH WARRANT** |
| CHRISTOPHER JOHNSON | ) |  |
| a/k/a "Unc" |  |  |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, CHRISTOPHER JOHNSON, a/k/a "Unc", as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
MARY GORDON BAKER
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina

October 11, 2017

I SO MOVE:

BETH DRAKE
UNITED STATES ATTORNEY


By: _____
R. Nicholas Bianchi (#10245)
Assistant United States Attorney
151 Meeting Street
Charleston, South Carolina 29401
Telephone: (843) 727-4381
Email Address: Nick.Bianchi@usdoj.gov